IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

Collin Winn                                                                                      PLAINTIFF(S)

V.                          Case No.  12-2283

United States, et al                                                                         DEFENDANT(S)

### CLERK'S ORDER OF DISMISSAL PER STIPULATION

On this 3rd day of July, 2013, the parties hereto having filed a stipulation for dismissal pursuant to Rule 41(a), Federal Rules of Civil Procedure,

IT IS ORDERED that Plaintiff's complaint be, and hereby is dismissed without prejudice.

AT THE DIRECTION OF THE COURT
CHRISTOPHER R. JOHNSON, CLERK

By /s/ Laura L. Wolfe
    Deputy Clerk